IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| TED GROVE | PLAINTIFF |
| v. No. 4:18-cv-645-DPM | |
| BIOMET INC., *et al.* | DEFENDANTS |
| DOYLE E. TULLOS | PLAINTIFF |
| v. No. 4:18-cv-926-DPM | |
| BIOMET, INC., *et al.* | DEFENDANTS |
| JOHNNY LUCAS | PLAINTIFF |
| v. No. 4:19-cv-161-DPM | |
| BIOMET ORTHOPEDICS LLC, *et al.* | DEFENDANTS |
| GARY SANDEN and SUSAN SANDEN | PLAINTIFFS |
| v. No. 4:19-cv-162-DPM | |
| BIOMET, INC., *et al.* | DEFENDANTS |
| DILLARD SHERRILL and PATRECA M. SHERRILL | PLAINTIFFS |
| v. No. 4:19-cv-163-DPM | |
| BIOMET ORTHOPEDICS LLC, *et al.* | DEFENDANTS |

| VALENA HONEYCUTT | | PLAINTIFF |
|---|---|---|
| v. | No. 4:19-cv-216-DPM | |
| JOHN CUCKLER, M.D., *et al.* | | DEFENDANTS |

## ORDER

The Court will hold a joint status and scheduling conference in all these cases on 8 May 2019 at 9:00 a.m. in courtroom 1A in Little Rock. The Court looks forward to hearing counsel's thoughts on how to move the cases forward fairly and efficiently. Any party may file a pre-conference notice with suggestions by 26 April 2019. Any joint proposal would be most welcome. The Scheduling Orders — № 189 in No. 4:18-cv-645-DPM and № 76 in No. 4:18-cv-926-DPM — are vacated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 April 2019