# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DOYLE E. TULLOS                                        PLAINTIFF

v.                        No. 4:18-cv-926-DPM

BIOMET, INC., *et al.*                                  DEFENDANTS

JOHNNY LUCAS                                            PLAINTIFF

v.                        No. 4:19-cv-161-DPM

BIOMET ORTHOPEDICS LLC, *et al.*                        DEFENDANTS

GARY SANDEN and SUSAN SANDEN                            PLAINTIFFS

v.                        No. 4:19-cv-162-DPM

BIOMET, INC., *et al.*                                  DEFENDANTS

DILLARD SHERRILL and
PATRECA M. SHERRILL                                     PLAINTIFFS

v.                        No. 4:19-cv-163-DPM

BIOMET ORTHOPEDICS LLC, *et al.*                        DEFENDANTS

VALENA HONEYCUTT                                        PLAINTIFF

v.                        No. 4:19-cv-216-DPM

JOHN CUCKLER, M.D., *et al.*                            DEFENDANTS

# ORDER

**1.** Any lawyer who has been properly admitted in one of these cases under Local Rule 83.5 may appear in the other cases. No additional *pro hac vice* motion is required.

**2.** Honeycutt's lawyers are not yet admitted. They must comply with Local Rule 83.5.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*30 April 2019*