# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DOYLE E. TULLOS | PLAINTIFF |
| v. No. 4:18-cv-926-DPM | |
| BIOMET INC., *et al.* | DEFENDANTS |
| GARY SANDEN and SUSAN SANDEN | PLAINTIFF |
| v. No. 4:19-cv-162-DPM | |
| BIOMET INC., *et al.* | DEFENDANTS |
| VALENA HONEYCUTT | PLAINTIFF |
| v. No. 4:19-cv-216-DPM | |
| JOHN CUCKLER, M.D., *et al.* | DEFENDANTS |
| CARLA HOOD | PLAINTIFF |
| v. 4:19-cv-670-DPM | |
| BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC | DEFENDANTS |

MELINDA SMITH                                                                PLAINTIFF

v.                              4:19-cv-672-DPM

BIOMET, INC.; BIOMET ORTHOPEDICS,
LLC; and BIOMET U.S.
RECONSTRUCTION, LLC                                                        DEFENDANTS

## ORDER

1. *Hood v. Biomet*, No. 4:19-cv-670-DPM and *Smith v. Biomet*, No. 4:19-cv-672-DPM, are consolidated into the group for all pre-trial proceedings. All filings should be made on the *Tullos* docket, No. 4:18-cv-926-DPM.

2. The parties' joint motion to amend the scheduling order, *Doc. 111*, is granted as modified for good cause. The Court appreciates the parties' cooperation in discovery and understands the challenges. The proposed extensions, though, compress the motions schedule, and will not give the Court adequate time to prepare for the hearings. The Court will therefore re-set all the remaining deadlines, and the trial dates, to preserve the existing architecture. An Amended Final Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 March 2020

-2-