IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOYLE E. TULLOS                                                    PLAINTIFF

v.                          No. 4:18-cv-926-DPM

BIOMET, INC.; BIOMENT U.S.
RECONSTRUCTION, LLC; BIOMET
ORTHOPEDICS, LLC; and BIOMET
MANUFACTURING CORPORATION                          DEFENDANTS

JUDGMENT

Tullos's claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2021